# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# CHARLESTON DIVISION

| | |
|---|---|
| Ray Green,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>George Sink, P.A. Injury Lawyers, Laura Jones, Katie French, and Amy Erkman,<br><br>　　　　　　Defendants. | C/A No.: 2:19-cv-02063-DCN-TER<br><br>**DEFENDANTS' MOTION TO COMPEL DISCOVERY FROM PLAINTIFF** |

Defendants George Sink, P.A. Injury Lawyers, Laura Jones, Katie French and Amy Erkman (collectively "Defendants"), pursuant to Rule 37 of the Federal Rules of Civil Procedure, moves this Court for an Order requiring Plaintiff Ray Green ("Plaintiff") to answer the First Set of Interrogatories and Requests for Production served upon Plaintiff by Defendants.

On September 30, 2019, Defendants propounded written discovery to Plaintiff requesting specific information and documentation pertinent the case. (Exhibits 1 and 2). The responses to the written discovery were due on November 4, 2019. Defendants' counsel sent a letter to Plaintiff on November 7, 2019, confirming their conversation and the idea of extending the deadline for Plaintiff to respond to overdue discovery responses (Exhibits 3). On November 14, 2019, Plaintiff requested an extension in which to respond, which Defendants granted, making the responses due on December 2, 2019. (Exhibit 4). To date, however, Plaintiff has not provided responses.

Pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, Plaintiff was required to answer each Interrogatory and respond to each Request for Production served,

separately and fully in writing, and to serve a copy of such answers and responses upon Defendants. Plaintiff has not, however, answered or responded in any way.

Under these circumstances, Defendants respectfully requests an Order compelling Plaintiff to respond fully to its written discovery requests.

s/ Molly H. Cherry
Molly H. Cherry  (Federal ID No. 7067)
Melissa F. Spence  (Federal ID No. 11194)
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, South Carolina  29402
Phone:  843.577.9440
Facsimile:  843.414.8209
E-mail: mcherry@nexsenpruet.com
E-mail: mspence@nexsenpruet.com

Cheryl H. Ledbetter  Fed ID No. 11446
Gibbs & Holmes
171 Church Street Suite 110
Charleston, SC 29401
Phone:  843-722-0033
cledbetter@gibbs-holmes.com

ATTORNEYS FOR DEFENDANTS

December 4, 2019
Charleston, South Carolina

2

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing DEFENDANTS' MOTION TO COMPEL DISCOVERY FROM PLAINTIFF has been served upon the following by placing the same in the United States mail, first class postage prepaid, addressed to the following as shown below this 4th day of December, 2019 to the following:

Ray Green
4747 Lambs Road
Apt. 21J
North Charleston, SC  29418

*PRO SE PLAINTIFF*

                                            s/ Molly H. Cherry
                                            NEXSEN PRUET, LLC
                                            205 King Street, Suite 400 (29401)
                                            P.O. Box 486
                                            Charleston, South Carolina 29402
                                            Telephone:  843.577.9440