RAY GREEN V. GEORGE SINK, P.A. INJURY LAWYERS, ET AL.
C/A NO. 2:19-CV-2063-DCN-TER

DEFENDANTS' MOTION TO COMPEL DISCOVERY FROM PLAINTIFF

# EXHIBIT 3

# NEXSEN|PRUET

**Molly Hughes Cherry**
Member
Certified Specialist in Employment and Labor Law
Admitted in SC

November 7, 2019

Mr. Ray Green
4747 Lambs Road
Apt. 21J
North Charleston, SC 29418

Re:   *Ray Green v. George Sink, P.A., et al.*
      Civil Action No.: 2:19-cv-02063-DCN-TER

Dear Mr. Green:

When we spoke briefly last week, we discussed the idea of extending the deadline for you to respond to Defendants' discovery requests while the parties attempted an early mediation in the above-referenced matter. I understood that you were going to get back to me; however, to date, I have not heard further from you.

If you are interested in an early mediation of this case, there is information about the mediation process on the U.S. District Court's website https://www.scd.uscourts.gov/Mediation/guideline.asp. Notably, the federal magistrate judges can mediate cases without charge to either party. If that is something you are interested in exploring, I am willing to utilize one of the federal magistrate judges, as well.

If you have changed your mind, please let me know so that we can discuss a revised deadline for your discovery responses, which are now overdue.

I look forward to hearing from you soon.

Very truly yours,

*Molly Cherry /lop*
Molly Hughes Cherry

MHC/lop

**Charleston**
Charlotte
Columbia
Greensboro
Greenville
Hilton Head
Myrtle Beach
Raleigh

205 King Street
Suite 400 (29401)
PO Box 486
Charleston, SC 29402
www.nexsenpruet.com

T 843.720.1724
F 843.414.8209
E MCherry@nexsenpruet.com
Nexsen Pruet, LLC
**Attorneys and Counselors at Law**