RAY GREEN V. GEORGE SINK, P.A. INJURY LAWYERS, ET AL.
C/A NO. 2:19-CV-2063-DCN-TER

DEFENDANTS' MOTION TO COMPEL DISCOVERY FROM PLAINTIFF

# EXHIBIT 4

**From:** Cherry, Molly Hughes
**Sent:** Friday, November 15, 2019 3:28 PM
**To:** Anthony Green
**Subject:** RE: Green v. George Sink, P.A. Injury Lawyers, et al

Hello, Mr. Green.  Because mediation is mandatory in federal court, I thought conducting an early mediation might be helpful.  Just let me know when you are ready to schedule something.  In the meantime, I would prefer that we serve documents on each other via U.S. mail, as the court is doing for you with any filings, rather than via email.  Please let me know some dates on which you are available for a deposition in December and January so that we can get something scheduled. I will serve a deposition notice on you after you give me some dates that work for you.

With kind regards,

Molly


**Molly Hughes Cherry**
Nexsen Pruet, LLC
205 King Street, Suite 400
Charleston, SC 29401
PO Box 486 (29402)
T: 843.720.1724, F: 843.414.8209
MCherry@nexsenpruet.com

1101 Johnson Avenue, Suite 300
Myrtle Beach, SC  29577
T:  843.213.5405, F. 843.213.5402


*www.nexsenpruet.com*
**NEXSEN|PRUET**

| Bio | vCard | Home | Practice Areas | Attorneys | Offices |

**From:** Anthony Green <ranthonygreenjr@gmail.com>
**Sent:** Thursday, November 14, 2019 8:26 PM
**To:** Cherry, Molly Hughes <MCherry@nexsenpruet.com>
**Subject:** Green v. George Sink, P.A. Injury Lawyers, et al


{EXTERNAL EMAIL}


Good evening  Ms. Cherry,

After our conversation today upon further contemplation, I'm hesitant to go forward with mediation. With that being said, I think mediation will be better served after discovery is completed. Please find enclosed My

1

Discovery requests which I will mail tomorrow. At this time I would like to request an additional 15 days to get my Discovery responses over to you.

Thanks Ray