# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

## CHARLESTON DIVISION

| | |
|---|---|
| Ray Green, | C/A No.: 2:19-cv-2063-DCN-TER |
| Plaintiff, | |
| vs. | **CERTIFICATE OF AUTHENTICITY** |
| George Sink PA Injury Lawyers, Laura Jones, Katie French and Amy Erkman, | |
| Defendants. | |

     1.     I am the duly authorized records custodian for the attached business records of MILLIGAN AND HERNS LAW FIRM.

     2.     I am familiar with the general record keeping system for MILLIGAN AND HERNS LAW FIRM and have authority to make this certification.

     3.     The documents were prepared either at or near the time of the events or matters which the documents memorialize or record.

     4.     The documents were prepared as part of the regular business practices.

     5.     The documents were prepared by (or from information transmitted by) a person with knowledge of those matters and a person with knowledge of those matters contained in the documents.

     6.     The documents were prepared as part of MILLIGAN AND HERNS LAW FIRM'S regular business practices.

     7.     The documents were kept or stored as part of MILLIGAN AND HERNS LAW FIRM'S regularly conducted business.

8.    The copy of the attached documents are a complete, true and accurate copy of records as kept in the normal course of business by MILLIGAN AND HERNS LAW FIRM.

In conformity with 28 U.S.C. § 1746, "I certify under penalty of perjury that the foregoing is true and correct.

SIGNED: _Tom Mill_

[YOUR NAME]

PRINT NAME: _TOM MiLLiGAN_

POSITION: _MANAGING PARTNER_

[OFFICIAL TITLE OR POSITION]

TODAY'S DATE: _1/16/20_

COMPANY NAME: _MILLIGAN & HERNS_

ADDRESS: _721 LONG POINT RD #401_
_MT. PLEASANT, SC_
_29464_

SWORN to before me this
_16_ day of _January_ 2020

Notary Public for _South Carolina_
My Commission Expires: _02/07/27_

_J Brooks Krol_